IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESWIN GONZALEZ-HERNANDEZ,<br><br>　　　　　　*Petitioner*,<br><br>　v.<br><br>LEONARD ODDO, *et al*,<br><br>　　　　　　*Respondents*. | Civil Action No. 3:26-cv-412<br><br>Hon. William S. Stickman IV |

**CASE MANAGEMENT ORDER**

AND NOW, this 10th day of March 2026, IT IS HEREBY ORDERED as follows:

　　1.　**Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov.  The subject line of the email shall contain the case caption and case number of this matter.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

　　2.　**Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

　　3.　**Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

    4.    **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition, not to exceed 25 pages, within **10 days** of the date of service.

    5.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition, not to exceed 5 pages, within **3 days** of the filing of Respondents' response to the petition.

                                                        BY THE COURT:

                                                        s/ William S. Stickman IV
                                                        WILLIAM S. STICKMAN IV
                                                        UNITED STATES DISTRICT JUDGE